UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NICHOLAS KLOEPFEL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 3:26-cv-05892-LK<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Lauren King, United States District Judge:

(1) For the reasons set forth in Mr. Kloepfel's motion to reopen his case, Dkt. No. 6, the Court finds excusable neglect under Federal Rule of Civil Procedure 60(b)(1) and thus grants his motion to reopen the case.

(2) The Clerk is directed to reopen this case and refer Mr. Kloepfel's application to proceed

//

//

//

in forma pauperis, Dkt. No. 5, to a Magistrate Judge for consideration.

Dated this 14th day of October, 2026.

Joshua C. Lewis
Clerk

*/s/Natalie Wood*
Deputy Clerk