UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NICHOLAS JOSEPH KLOEPFEL,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:26-cv-05892-LK<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

Because Plaintiff does not appear to have funds available to afford the $405 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Plaintiff's IFP application (Dkt. 1) is GRANTED, as to the financial criteria.

The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the Honorable Lauren King.

Dated this 19th day of October, 2026.

Theresa L. Fricke
United States Magistrate Judge